ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIV.

| | |
|---|---|
| CELTIC INTERNATIONAL, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> J.B. HUNT TRANSPORT, INC., a Georgia corporation, <br><br> Defendant. | **Case No. 2:15-cv-01679-TLN-CKD** <br><br> **ORDER ON STIPULATION REQUESTING AN ORDER TO CONTINUE DISCOVERY CUT-OFF** |

1     Plaintiff Celtic International, LLC and defendant J.B. Hunt Transport, Inc. have filed a stipulation, respectfully requesting the Court to enter an order continuing the discovery cut-off, from the current date of November 30, 2017 to March 2, 2018. The Court, having reviewed and considered the parties' stipulation and finding good cause exists, hereby vacates the current discovery cut-off and orders that the new cut-off shall be March 2, 2018. This order shall affect no other date or deadline under the Court's scheduling order of March 30, 2017.

    IT IS SO ORDERED.

Dated: October 3, 2017

_____
Troy L. Nunley
United States District Judge

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

G:\DOCS\TLN\CHAMBER DOCUMENTS\iFolder Documents\TO TLN - CIVIL ORDERS\15cv1679.stipo.1003.celtic.docx     ORDER