ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIV.

| | |
|---|---|
| CELTIC INTERNATIONAL, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> J.B. HUNT TRANSPORT, INC., a Georgia corporation, <br><br> Defendant. | **Case No. 2:15-cv-01679-TLN-CKD** <br><br> **ORDER ON STIPULATION REQUESTING AN ORDER TO CONTINUE THE EXPERT DISCLOSURE DEADLINE** |

| | |
|---|---|
| 1 | Plaintiff Celtic International, LLC and defendant J.B. Hunt |
| 2 | Transport, Inc. have filed a stipulation, respectfully requesting the |
| 3 | Court to enter an order continuing the expert disclosure deadline, from |
| 4 | the current date of January 25, 2018 to February 26, 2018. The Court, |
| 5 | having reviewed and considered the parties' stipulation and finding |
| 6 | good cause exists, hereby vacates the current expert disclosure |
| 7 | deadline and orders that the new deadline shall be February 26, 2018. |
| 8 | This order shall affect no other date or deadline under the Court's |
| 9 | scheduling order of March 30, 2017. |

IT IS SO ORDERED.

Dated: January 22, 2018

Troy L. Nunley
United States District Judge